```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                          AT BLUEFIELD
```

PAULETTE GABBIDON,

    Plaintiff,

v.                                              CIVIL ACTION NO. 1:19-00828

DAVID R. WILSON, et al.,

    Defendants.


## MEMORANDUM OPINION AND ORDER

    Pending before the court is the motion of defendant United States to stay discovery pending resolution of its motion to dismiss (or alternatively, for summary judgment).  (ECF No. 49.) The court ruled on the latter motion on February 17, 2021. Having done so, the court now **DENIES** the motion to stay discovery as moot.

    The Clerk is directed to send copies of this Memorandum Opinion and Order to all counsel of record.

    **IT IS SO ORDERED** this 22nd day of February, 2021.

                                               ENTER:

                                             David A. Faber
                                             Senior United States District Judge