# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BLUEFIELD

PAULETTE GABBIDON,
a.k.a. PAULETTE HIBBERT,
    Plaintiff,

v.                                             Civil Action No. 1:19-cv-00828

DAVID R. WILSON, ET AL.,

    Defendants.

## CERTIFICATE OF SERVICE

      I hereby certify that on July 26, 2021, I electronically filed the ***CERTIFICATE OF SERVICE*** for ***"Defendant United States of America's Responses to Plaintiff's First Request for Production of Documents"*** with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants and that I have served a true copy of ***"Defendant United States of America's Responses to Plaintiff's First Request for Production of Documents"*** by U.S. mail on the same date, to the following CM/ECF participants:

        Laura Finch
        Laura M. Finch, Attorney at Law
        820 Tenth Avenue
        Marlinton, WV 24954
        P: 304-799-7388
        E: laurafinch@outlook.com

        RoseMarie Feller
        Feller Law
        Suite 1021
        745 Pimera Boulevard
        Lake Mary, FL 32746
        P: 407-878-5942
        E: eservice@feller-law.com
        *Counsel for Plaintiff Paulette Gabbidon a.k.a. Paulette Hibbert*

    Steven K. Nord
Offutt Nord, PLLC
949 Third Avenue, Suite 300
P.O. Box 2868
Huntington, WV 25728-2868
P: 304-529-2868
F: 304-529-2999
E: sknord@onalegal.com
*Counsel for Defendant David R. Wilson*

    I also have served a true copy by U.S. mail to the following non-CM/ECF participant who is not represented by counsel:

    Jerrod S. Grimes
70310-018
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 1010
Bastrop, TX 78602

    **s/Fred B. Westfall, Jr.**
FRED B. WESTFALL, JR.: 3992
Assistant United States Attorney
United States Attorney's Office
300 Virginia Street, East, Room 4000
Charleston, WV  25301
Phone: 304-345-2200
Fax: 304-347-5443
E-mail: fred.westfall@usdoj.gov
*Counsel for United States*