```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                          AT BLUEFIELD
```

PAULETTE GABBIDON,

    Plaintiff,

v.                                      CIVIL ACTION NO. 1:19-00828

DAVID R. WILSON, et al.,

    Defendants.

### MEMORANDUM OPINION AND ORDER

On March 11, 2024, a letter written by plaintiff was filed in this matter in which she informed the court "that I will be proceeding with this case in Pro Se. I am in the process of locating an attorney from Tennessee or any other attorney that will be willing to assist me.  Please send all notifications to me via email . . . and you can contact me via telephone. . . ." See ECF No. 168.  The Clerk's Office docketed this letter as a Motion to Receive all Notifications Via Email.  As the court informed plaintiff by Order entered on February 15, 2024, "[t]he court does not communicate with pro se parties via email."  ECF No. 167.  Plaintiff was further directed to "communicate with the Clerk's Office regarding her available options" should she "desire to make further filings[.]"  Id.

There is no indication in the record that plaintiff communicated with the Clerk's Office regarding her options for filing documents pro se.  Furthermore, plaintiff has not prosecuted her case in the year since that order nor has an attorney entered an appearance on her behalf.  Plaintiff was warned that failure to do so would result in dismissal for failure to prosecute.  The motion to receive notification via email is **DENIED** and the remaining claims against the sole remaining defendant, Grimes, are **DISMISSED** for failure to prosecute.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented parties.

**IT IS SO ORDERED** this 28th day of March, 2025.

ENTER:

David A. Faber
Senior United States District Judge